UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN NAND,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>QUALITY LOAN SERVICE CORPORATION, ET AL.,<br><br>　　　　Defendants. | Case No. 19-cv-07587 JSW<br><br>**ORDER TO SHOW CAUSE RE FAILURE TO OPPOSE MOTION TO DISMISS** |

This matter is set for a hearing on January 17, 2020 on the motion to dismiss filed by defendant Quality Loan Service Corporation and U.S. Bank NA. Pursuant to Local Civil Rule of the Northern District 7-3, plaintiff Evelyn Nand's opposition or statement of non-opposition was due to be filed and served by December 24, 2019. To date, Plaintiff has not filed any opposition or statement of non-opposition.

Plaintiff is HEREBY ORDERED TO SHOW CAUSE ("OSC") in writing, by January 17, 2020, why the pending motion to dismiss should not be granted in light of her failure to file a timely opposition or statement of non-opposition. If Plaintiff seeks to file a substantive response to the motion to dismiss, Plaintiff must demonstrate good cause for failing to file her opposition brief in a timely fashion. In her response to this OSC, Plaintiff is also directed to show cause why this case should not be dismissed for failure to prosecute. Plaintiff is admonished that her failure to respond this Order by January 17, 2020, shall result in a dismissal of this action without further notice.

If Plaintiff seeks to file a substantive response to the motion to dismiss and demonstrates good cause for his delay, the Court will provide Defendant with an opportunity to file a revised reply brief. The hearing set for January 17, 2020 at 9:00 a.m. is HEREBY VACATED and may be reset by further order, if necessary.

**IT IS SO ORDERED.**

Dated: January 13, 2020

JEFFREY S. WHITE
United States District Judge